IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG

**RANDY LAMAR BLACK,**

    **Plaintiff,**

v.                                                                                             Civil Action No. 1:24-CV-11
                                                                                          (JUDGE KLEEH)

**JOE BIDEN,**

    **Defendant.**

## SUPPLEMENTAL REPORT AND RECOMMENDATION, RECOMMENDING COMPLAINT [ECF NO. 1] BE DISMISSED WITHOUT PREJUDICE

On January 26, 2024, *pro se* Plaintiff Randy Lamar Black filed a Complaint to initiate this action against Defendant Joe Biden. [ECF No. 1]. This matter is before the undersigned Magistrate Judge pursuant to a Referral Order [ECF No. 5] entered by the Hon. Thomas S. Kleeh, Chief United States District Judge, on January 26, 2024. By the Referral Order, Judge Kleeh directed that the undersigned "conduct a scheduling conference and issue a scheduling order, for written orders or reports and recommendations, as the case may be, regarding any motions filed, and to dispose of any other matters which may arise." Id.

Plaintiff cites to 18 U.S.C. § 2381 in support of his claims. [ECF No. 1, at 1]. This is a federal statute which provides for federal criminal liability. Plaintiff makes no cognizable argument about how he can obtain civil relief in this context pursuant to this criminal statute. To put it plainly, Plaintiff's citation to this statute does nothing to help establish jurisdiction herein.

Accordingly, the undersigned **RECOMMENDS** that the Complaint be **DISMISSED WITHOUT PREJUDICE** for failure to establish subject matter jurisdiction.

Any party shall have fourteen (14) days from the date of service of this Report and Recommendation to file with the Clerk of the Court **specific written objections identifying the portions of the Report and Recommendation to which objection is made, and the basis for such objection.** A copy of such objections should also be submitted to the presiding United States District Judge. Objections shall not exceed ten (10) typewritten pages or twenty (20) handwritten pages, including exhibits, unless accompanied by a motion for leave to exceed the page limitations, consistent with LR PL P 12.

**Failure to timely file written objections to the Report and Recommendation as set forth above shall constitute a waiver of de novo review by the District Court and a waiver of appellate review by the Circuit Court of Appeals.** Snyder v. Ridenour, 889 F.2d 1363 (4th Cir. 1989); Thomas v. Arn, 474 U.S. 140 (1985); Wright v. Collins, 766 F.2d 841 (4th Cir. 1985); United States v. Schronce, 727 F.2d 91 (4th Cir. 1984).

The Clerk of the Court is **DIRECTED** to provide a copy of this Report and Recommendation to parties who appear *pro se* by certified mail, return receipt requested, to the last known addresses as shown on the docket, and all counsel of record, as applicable, as provided in the Administrative Procedures for Electronic Case Filing in the United States District Court for the Northern District of West Virginia.

Respectfully submitted on June 12, 2024.

_____
MICHAEL JOHN ALOI
UNITED STATES MAGISTRATE JUDGE